# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S | 08/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

*IMPORTANT NOTES: **The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | ▒ Member(reported in VII) |
| 2. | Member | Hill Properties, LLC |
| 3. | Partner | ▒ Partnership |
| 4. | Trustee | ▒ Trust (reported as Family Trust in VII) |
| 5. | Trustee, Member of Board of Managers, and member of Family Aid CommitteE | Tuttle-Newton Home, Inc. |
| 6. | Board Member | Wheel Movement of the CSRA, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Truist Bank Checking f/n/a Suntrust | A | Interest | J | T | | | | | |
| 2. | Truist Money Market f/n/a Suntrust | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | BROKERAGE ACCT #1 (SCHWAB BROKERAGE) | | | | | | | | | |
| 5. | SCHWAB BANK (SWEEP) | A | Interest | K | T | | | | | |
| 6. | SCHWAB US TRSY MONEY INV. (SNSXX) | A | Int./Div. | L | T | | | | | |
| 7. | | | | | | Sold (part) | 04/08/20 | J | | See Part VIII |
| 8. | | | | | | Sold (part) | 02/07/20 | J | | See Part VIII |
| 9. | | | | | | Sold (part) | 01/14/20 | J | | See Part VIII |
| 10. | | | | | | Sold (part) | 01/13/20 | K | | See Part VIII |
| 11. | ABBVIE INC (ABBV)(X) | | None | K | T | | | | | See Part VIII |
| 12. | ACCENTURE PLC (ACN) | A | Dividend | L | T | | | | | See Part VIII |
| 13. | AMAZON.COM INC. (AMZN)(X) | | None | K | T | | | | | See Part VIII |
| 14. | | | | | | Buy (add'l) | 04/08/20 | K | | |
| 15. | AMERICAN WATER WORKS (AWK)(X) | A | Dividend | K | T | | | | | See Part VIII |
| 16. | BLACKROCK INC (BLK)(X) | A | Dividend | K | T | | | | | See Part VIII |
| 17. | BROWN FORMAN CORP. (BFB)(X) | | None | J | T | | | | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  CARNIVAL CORP (CCL) | A | Dividend | | | Sold | 03/26/20 | J | | See Part VIII |
| 19.  CHURCH & DWIGHT CO. (CHD)(X) | A | Dividend | K | T | | | | | See Part VIII |
| 20.  COSTCO WHOLESALE CO (COST)(X) | A | Dividend | K | T | Buy | 04/08/20 | K | | |
| 21.  DEERE & CO. (DE)(X) | | None | L | T | | | | | See Part VIII |
| 22.  DOVER CORP. (DOV) | A | Dividend | K | T | | | | | |
| 23.  INTUIT INC (INTU)(X) | | None | K | T | | | | | See Part VIII |
| 24.  JOHNSON & JOHNSON (JNJ) | A | Dividend | L | T | | | | | See Part VIII |
| 25.  MARRIOTT INTL INC. (MAR) | A | Dividend | J | T | | | | | See Part VIII |
| 26. | | | | | Sold<br>(part) | 11/04/20 | J | | See Part VIII |
| 27.  MCDONALDS CORP (MCD)(X) | A | Dividend | K | T | | | | | See Part VIII |
| 28.  MICROSOFT CORP CLASS A (MSFT) | A | Dividend | M | T | | | | | See Part VIII |
| 29.  PAYCHEX INC (PAYX)(X) | A | Dividend | K | T | | | | | See Part VIII |
| 30.  SHERWIN WILLIAMS CO (SHW) | A | Dividend | K | T | | | | | |
| 31.  SCHWAB EMERGING MARKETS<br>EQUITY ETF (SCHE) | | None | | | Sold | 04/08/20 | J | | SEE PART VIII |
| 32.  T ROWE PRICE GROUP (TROW)(X) | A | Dividend | J | T | | | | | See Part VIII |
| 33.  VERIZON COMMUNICATN (VZ)(X) | A | Dividend | K | T | Buy | 01/13/20 | K | | |
| 34.  WALMART INC (WMT) | A | Dividend | K | T | | | | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | 3M (MMM) | B | Dividend | K | T | | | | | See Part VIII |
| 36. | CHARLES SCHWAB US MC ETF (SCHM) | B | Dividend | M | T | | | | | See Part VIII |
| 37. | ISHARES SELECT DIV ETF (DVY) | D | Dividend | M | T | | | | | |
| 38. | SCHWAB INT'L EQUITY ETF (SCHF) | A | Dividend | K | T | | | | | |
| 39. | SCHWAB US DIV EQUITY ETF (SCHD) | E | Dividend | O | T | | | | | See Part VIII |
| 40. | SELECT SECTOR HEALTH (XLV)(X) | A | Dividend | K | T | Buy | 01/13/20 | K | | |
| 41. | TECHNOLOGY SELECT SECTOR (XLK) (X) | A | Dividend | K | T | | | | | See Part VIII |
| 42. | | | | | | Buy | 02/07/20 | J | | |
| 43. | PUTNAM ULTRA SHORT DURATION INCM A (PSDTX)(X) | A | Dividend | L | T | Buy | 10/21/20 | L | | |
| 44. | SCHWAB TOTAL STK MKT INDEX (SWTSX) | D | Dividend | O | T | | | | | |
| 45. | | | | | | | | | | |
| 46. | BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 47. | SCHWAB BANK (SWEEP) | A | Interest | J | T | | | | | |
| 48. | SCHWAB US DIV. EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |
| 49. | SCHWAB TOTAL STK MKT. (SWTSX) | B | Dividend | L | T | | | | | |
| 50. | | | | | | Sold (part) | 10/19/20 | K | E | |
| 51. | CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 01/13/20 | J | | |
| 53. PUTNAM SHORT DURATION INCM A<br>(PSDTX) | A | Dividend | M | T | | | | | |
| 54. | | | | | Sold<br>(part) | 12/04/20 | J | | SEE PART VIII |
| 55. | | | | | Buy<br>(add'l) | 10/20/20 | K | | |
| 56. | | | | | Sold<br>(part) | 10/06/20 | J | | SEE PART VIII |
| 57. SCHWAB EMERGING MARKETS<br>(SCHE) | A | Dividend | K | T | | | | | |
| 58. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 59. | | | | | Buy | 10/06/20 | J | | |
| 60. | | | | | Sold | 04/08/20 | J | | SEE PART VIII |
| 61. | | | | | Buy | 02/07/20 | J | | |
| 62. SCHWAB INT'L EQUITY ETF (SCHF) | A | Dividend | K | T | | | | | |
| 63. SCHWAB US BROAD MARKET (SCHB)<br>(X) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 64. SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | K | T | | | | | |
| 65. | | | | | | | | | |
| 66. BROKERAGE ACCT.#3 (WELLS<br>FARGO) | | | | | | | | | |
| 67. BANK DEPOSIT SWEEP | A | Interest | L | T | | | | | |
| 68. CHEVRON CORP (CVX) | C | Dividend | L | T | | | | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. DXC TECH CO (DXC) | A | Dividend | J | T | | | | | See Part VIII |
| 70. EQUITY RESIDENTIAL (EQR) | D | Dividend | N | T | | | | | See Part VIII |
| 71. | | | | | Sold<br>(part) | 10/09/20 | K | | See Part VIII |
| 72. HP INC. (HPQ) | | None | | | Sold | 10/30/20 | J | C | See Part VIII |
| 73. HEWLETT PACKARD ENTERPRISE CO (HPE) | | None | | | Sold | 10/30/20 | J | A | See Part VIII |
| 74. INT'L BUSINESS MACHINE CORP. (IBM) | B | Dividend | K | T | | | | | |
| 75. MICRO FOCUS INTL PLC ADR (MFGP) | | None | J | T | | | | | See Part VIII |
| 76. PALO ALTO NETWORKS (PANW) | | None | K | T | | | | | |
| 77. PERSPECTA INC. (PRSP) | A | Dividend | J | T | | | | | \See Part VIII |
| 78. PROCTOR & GAMBLE CO. (PG) | C | Dividend | M | T | | | | | See Part VIII |
| 79. | | | | | Sold<br>(part) | 10/09/20 | K | D | |
| 80. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | A | Dividend | J | T | | | | | See Part VIII |
| 81. TRUIST FINL CORP (TFC)(X) | A | Dividend | L | T | | | | | See Part VIII |
| 82. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |
| 83. VERTEX PHARMACEUTICALS INC (VRTX)(X) | | None | J | T | Buy | 01/13/20 | J | | |
| 84. | | | | | | | | | |
| 85. BROKERAGE ACCT #4 (SCHWAB INHERITED IRA ACCOUNT)(X) | | | | | | | | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   CHARLES SCHWAB BANK(X) | A | Interest | J | T | | | | | See Part VIII |
| 87.   ABBOTT LABORATORIES (ABT)(X) | A | Dividend | | | Sold | 10/29/20 | K | D | See Part VIII |
| 88. | | | | | Sold<br>(part) | 10/09/20 | K | D | |
| 89.   AMERICAN WATER WORKS (AWK)(X) | A | Dividend | K | T | | | | | See Part VIII |
| 90.   COSTCO WHALESALE CO (COST)(X) | B | Dividend | K | T | | | | | See Part VIII |
| 91.   NEXTERA ENERGY INC (NEE)(X) | A | Dividend | K | T | | | | | |
| 92. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 93. | | | | | Buy | 09/08/20 | J | | |
| 94.   PAYPAL HOLDINGS INC (PYPL)(X) | | None | J | T | Buy | 11/06/20 | J | | |
| 95.   WALMART INC. (WMT)(X) | | None | J | T | Buy | 12/04/20 | J | | |
| 96.   WALT DISNEY CO (DIS)(X) | | None | J | T | Buy | 12/04/20 | J | | |
| 97.   3M CO (MMM)(X) | A | Dividend | K | T | | | | | See Part VIII |
| 98.   CHARLES SCHWAB US MC (SCHM)<br>((X) | A | Dividend | K | T | | | | | See Part VIII |
| 99.   ISHARES TR IS 1 5 YR IN (IGSB)(X) | A | Dividend | K | T | Buy | 12/04/20 | K | | |
| 100.  SCHWAB US BROAD MARKET (SCHB)<br>(X) | A | Dividend | L | T | | | | | See Part VIII |
| 101.  SCHWAB US DIV (SCHD)(X) | C | Dividend | M | T | | | | | See Part VIII |
| 102.  PUTNAM ULTRA SHORT DUR (PSDTX)<br>(X) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 12/04/20 | K | | See Part VIII |
| 104. | | | | | Buy<br>(add'l) | 10/19/20 | L | | |
| 105. | | | | | Buy | 09/08/20 | L | | |
| 106. TECHNOLOGY SELECT SECTOR SPDR ETF IV (XLK)(X) | A | Dividend | | | Sold | 10/09/20 | K | E | See Part VIII |
| 107. | | | | | | | | | |
| 108. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC | | None | | | | | | | See Part VIII |
| 109. | | | | | | | | | |
| 110. _____ INS. PSHIP (LIFE INS. POL- CASH VALUE & SMALL BANK ACCT. AT | C | Interest | J | T | Distributed | 07/28/20 | N | | See Part VIII |
| 111. TRUIST F/N/A SUNTRUST) | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. TRUSTEE OF FAMILY TRUST CHECKING ACCOUNT AT TRUIST BANK F/N/A SUNTRUST | | None | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. _____ TRUST ACCT. #1 (TRUSTEE) (SCHWAB BROKERAGE ACCT.) | | | | | | | | | |
| 116. BANK SWEEP ACCT. | A | Interest | K | T | Distributed<br>(part) | 10/20/20 | N | | |
| 117. ABBVIE, INC. (ABBV) | C | Dividend | | | Distributed | 10/20/20 | L | | |
| 118. | | | | | Buy<br>(add'l) | 01/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119.  AMAZON.COM INC (AMZN)(X) | | None | | | Distributed | 10/20/20 | K | | |
| 120. | | | | | Buy | 04/17/20 | K | | |
| 121.  BLACKROCK, INC. (BLK) | A | Dividend | | | Distributed | 10/20/20 | L | | |
| 122.  DEERE & CO. (DE) | B | Dividend | | | Distributed | 10/20/20 | L | | |
| 123. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 124.  JOHNSON & JOHNSON (JNJ) | B | Dividend | | | Distributed | 10/20/20 | L | | |
| 125. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 126.  MARRIOTT INTL INC. (MAR) | A | Dividend | | | Distributed | 10/20/20 | K | | |
| 127.  MC DONALDS CORP (MCD) | B | Dividend | | | Distributed | 10/20/20 | L | | |
| 128. | | | | | Sold<br>(part) | 01/09/20 | K | D | |
| 129.  MICROSOFT CORP (MSFT) | B | Dividend | | | Distributed | 10/20/20 | M | | |
| 130. | | | | | Sold<br>(part) | 06/16/20 | J | B | |
| 131.  PAYCHEX INC (PAYX) | B | Dividend | | | Distributed | 10/20/20 | L | | |
| 132. | | | | | Sold<br>(part) | 01/09/20 | J | C | |
| 133.  PUTNAM SHORT DURATION (PSDTX) | B | Dividend | | | Sold | 10/19/20 | N | A | |
| 134. | | | | | Buy<br>(add'l) | 08/05/20 | L | | |
| 135. | | | | | Sold<br>(part) | 01/17/20 | J | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. | | | | | Sold<br>(part) | 01/09/20 | J | | See Part VIII |
| 137.   SCHWAB US TRSY MONEY INV.<br>(SNSXX) | A | Dividend | | | Sold | 08/05/20 | K | | See Part VIII |
| 138.   SCHWAB US DIV EQUITY ETF (SCHD) | D | Dividend | | | Distributed | 10/20/20 | M | | |
| 139.   CHARLES SCHWAB US MC ETF<br>(SCHM) | A | Dividend | | | Distributed | 10/20/20 | K | | |
| 140.   STARBUCKS CORP (SBUX)(X) | A | Dividend | | | Sold | 05/19/20 | K | | See Part VIII |
| 141. | | | | | Buy | 01/09/20 | K | | |
| 142.   TECHNOLOGY SELECT SECTOR SPDR<br>ETF (XLK) | A | Dividend | | | Distributed | 10/20/20 | L | | |
| 143.   TRUIST FINL CORP. (TFC) | A | Dividend | | | Sold | 04/15/20 | K | | See Part VIII |
| 144. | | | | | Sold<br>(part) | 01/09/20 | J | B | |
| 145.   3M (MMM) | B | Dividend | | | Distributed | 10/20/20 | L | | |
| 146. | | | | | Sold<br>(part) | 06/16/20 | J | A | |
| 147.   WALMART INC (WMT)(X) | A | Dividend | | | Distributed | 10/20/20 | K | | |
| 148. | | | | | Buy | 01/09/20 | K | | |
| 149. | | | | | | | | | |
| 150.   ▢▢▢ TRUST ASSET #2 (WELLS<br>FARGO BROKERAGE ACCT.) | | | | | | | | | |
| 151.   BANK DEPOSIT SWEEP | A | Interest | K | T | Distributed<br>(part) | 10/29/20 | J | | |
| 152.   CHEVRON (CVX) | B | Dividend | | | Distributed | 10/29/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. DXC TECHNOLOGY CO (DXC) | A | Dividend | | | Distributed | 10/29/20 | J | | |
| 154. EQUITY RESIDENTIAL (EQR) | E | Dividend | | | Distributed | 10/29/20 | N | | |
| 155. HP INC (HPQ) | B | Dividend | | | Distributed | 10/29/20 | K | | |
| 156. HEWLETT PACKARD ENTERPRISES CO. (HPE) | A | Dividend | | | Distributed | 10/29/20 | J | | |
| 157. MICRO FOCUS INTL PLC ADR (MFGP) | A | Dividend | | | Distributed | 10/29/20 | J | | |
| 158. PERSPECTA, INC. (PRSP) | A | Dividend | | | Distributed | 10/29/20 | J | | |
| 159. PROCTOR & GAMBLE (PG) | D | Dividend | | | Distributed | 10/29/20 | N | | |
| 160. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | A | Dividend | | | Distributed | 10/29/20 | J | | |
| 161. TRUIST FINL CORP. (TFC) F/K/A SUNTRUST BANKS INC (STI) | C | Dividend | | | Distributed | 10/29/20 | M | | |
| 162. | | | | | | | | | |
| 163. ESTATE ACCOUNTS(X) | | | | | | | | | |
| 164. TRUIST CHECKING F/N/A SUNTRUST (Estate)(X) | | None | K | T | | | | | |
| 165. TRUIST CHECKING F/N/A SUNTRUST (Decedent)(X) | | None | K | T | | | | | |
| 166. | | | | | | | | | |
| 167. ESTATE BROKERAGE ACCOUNT #1 (SCHWAB)(X) | | | | | | | | | |
| 168. CHARLES SCHWAB BANK (SWEEP)(X) | A | Interest | J | T | | | | | |
| 169. ACCENTURE PLC (ACN)(X) | A | Dividend | | | Distributed | 10/19/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 170.  AMER. WATER WORKS (AWK)(X) | | None | | | Distributed | 10/19/20 | L | | |
| 171.  BROWN FORMAN CORP (BFB)(B) | A | Dividend | | | Distributed | 10/19/20 | K | | |
| 172. | | | | | Sold<br>(part) | 09/15/20 | J | A | |
| 173.  CHURCH & DWIGHT CO (CHD)(X) | | None | | | Distributed | 10/19/20 | M | | |
| 174.  DEERE &CO (DE)(X) | A | Dividend | | | Distributed | 10/19/20 | L | | |
| 175.  INTUIT INC (INTU)(X) | A | Dividend | | | Distributed | 10/19/20 | M | | |
| 176.  T ROWE PRICE GROUP (TROW)(X) | A | Dividend | | | Distributed | 10/19/20 | K | | |
| 177. | | | | | | | | | |
| 178.  ESTATE BROKERAGE ACCOUNT #2<br>(WELLS FARGO)(X) | | | | | | | | | |
| 179.  WELLS FARGO BANK DEPOSIT (X) | A | Interest | L | T | | | | | |
| 180.  CITIBANK N.A. BANK DEPOSIT (X) | A | Interest | M | T | | | | | |
| 181.  BANK OF NEW YORK MELLON<br>DEPOSIT(S) (X) | A | Interest | M | T | | | | | |
| 182.  ABBOTT LABS (ABT)(X) | A | Dividend | M | T | | | | | |
| 183.  ABBIVE INC (ABBV)(X) | B | Dividend | M | T | | | | | |
| 184.  AT&T INC (T)(X) | A | Dividend | K | T | | | | | |
| 185.  CHEVRON CORPORATION (CVX)(X) | B | Dividend | L | T | | | | | |
| 186.  CHUBB LTD (CB)(X) | A | Dividend | M | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187. COCA-COLA COMPANY (KO)(X) | D | Dividend | O | T | | | | | |
| 188. DUKE ENERGY CORP COM NEW (DUK)(X) | B | Dividend | M | T | | | | | |
| 189. ENBRIDGE INC (ENB)(X) | A | Dividend | K | T | | | | | |
| 190. EQUITY RESIDENTIAL (EQR)(X) | A | Dividend | J | T | | | | | |
| 191. GLOBAL PAYMENTS INC (GPN)(X) | A | Dividend | N | T | | | | | |
| 192. JOHNSON & JOHNSON (JNJ)(X) | B | Dividend | N | T | | | | | |
| 193. LINCOLN NATL CORP IND (LNC)(X) | A | Dividend | K | T | | | | | |
| 194. MARSH AND MCLENNAN COMPANIES INC (MMC)(X) | A | Dividend | M | T | | | | | |
| 195. NORFOLK SOUHERN CORP (NSC)(X) | A | Dividend | L | T | | | | | |
| 196. SOUTHERN COMPANY/THE (SO)(X) | B | Dividend | M | T | | | | | |
| 197. TRUIST FINL CORP (TFC)(X) | A | Dividend | L | T | | | | | |
| 198. VERIZON COMMUNICATIONS COM (VZ)(X) | A | Dividend | L | T | | | | | |
| 199. WABTEC (WAB)(X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Lines 7-10, 18, 26, 31, 54, 56, 60, 71, 103, 135-137, 140, 143).  There is no gain to report.

Section VII (Lines 11-13, 15-17, 19, 21, 23-25, 27-29, 32, 34-36, 39, 41, 68-70, 72-73, 75, 77-78, 80-81, 85-90, 97-98, 100-101, 106) -- Recieved some/all via a distribution as disclosed elsewhere in this Report.

Section VII (Line 108).  I own a membership interest in this entity, but it did not have any activity in the reporting period.

Section VII (Line 110)--Partnership owned a life insurance policy that matured this year and the proceeds were distributed to the partners in accordance with the terms of the partnership agreement   There is no gain to report on the distribution.  .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544